Jeremy S. Goldman, (SBN 306943)
jgoldman@fkks.com
FRANKFURT KURNIT KLEIN + SELZ PC
2029 Century Park East, Suite 1060
Los Angeles, California 90067
Telephone: (310) 579-9600
Facsimile: (310) 579-9650

Attorneys for Petitioner
SHAGMAG, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Subpoena to Cloudflare, Inc. | CIVIL ACTION NO.: 2:20-mc-00029 |
| | **DECLARATION OF JEREMY S. GOLDMAN IN SUPPORT OF REQUEST FOR DMCA SUBPOENA PURSUANT TO 17 U.S.C. § 512(h)** |

I, Jeremy S. Goldman, declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am a partner at Frankfurt Kurnit Klein + Selz PC, attorneys for Petitioner SHAGMAG, INC. ("SHAGMAG"). I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would competently testify thereto. I make this declaration in support of SHAGMAG's request, pursuant to 17 U.S.C. § 512(h), for a subpoena to Cloudflare, Inc.

**17 U.S.C. § 512(h) Authorizes the Clerk of the Court to Issue Subpoenas to Service Providers for Identification of Copyright Infringers**

2. 17 U.S.C. § 512(h)(1) provides that "[a] copyright owner or a person authorized to act on the owner's behalf may request the clerk of any United States district court to issue a subpoena to a service provider for identification of an alleged infringer in accordance with this subsection."

3. Pursuant to Section 512(h)(2), the request must include:

(A) a copy of a notification described in subsection (c)(3)(A);

(B) a proposed subpoena; and

(C) a sworn declaration to the effect that the purpose for which the subpoena is sought is to obtain the identity of an alleged infringer and that such information will only be used for the purpose of protecting rights under this title.

4. Section 512(4) provides that, upon receipt of the above materials, "the clerk" (not the Court) "shall expeditiously issue and sign the proposed subpoena and return it to the requester for delivery to the service provider."

5. The subpoena to be issued by the Clerk of the Court "shall authorize and order the service provider receiving the notification and the subpoena to expeditiously disclose to the copyright owner or person authorized by the copyright owner information sufficient to identify the alleged infringer of the material described in the notification to the extent such information is available to the service

provider." 17 U.S.C. § 512(h)(3).

**This Request Meets Each Requirement of 17 U.S.C. § 512(h)(2)**

6. This request meets each requirement of 17 U.S.C. § 512(h)(2).

7. Attached hereto as **Exhibit A** is a true and accurate copy of the notifications of infringement that SHAGMAG submitted pursuant to 17 U.S.C. § 512(c)(3) to Cloudflare, Inc. and each of (a) thefappeningblog.com, (b) dirtyship.com, (c) cliptrend.com, (d) celebjihad.com, (e) fitnakedgirls.com, and (f) voyeurflash.com.[1]

8. A copy of the proposed subpoena to be issued to Cloudflare, Inc. is being filed on ECF herewith as a separate event.[2]

9. Pursuant to 512(h)(2)(C), I hereby swear that the purpose of the subpoena is to obtain the identity or identities of alleged copyright infringers identified on the subpoena. The information obtained will be used only for the purpose of protecting the rights granted to our client, SHAGMAG, INC., under the U.S. Copyright Act, 17 U.S.C. § 101 *et seq*.

\*   \*   \*

//

//

//

---

[1] Cloudflare, Inc. is a "service provider" (as defined by 17 U.S.C. § 512(k)(1)) of each of these domains (the "Infringing Websites"), which are displaying and performing SHAGMAG's copyright-protected content without authorization.

[2] 17 U.S.C. § 512(h)(6) provides that "the procedure for issuance and delivery of the subpoena, and the remedies for noncompliance with the subpoena, shall be governed to the greatest extent practicable by those provisions of the Federal Rules of Civil Procedure governing the issuance, service, and enforcement of a subpoena duces tecum." Accordingly, the proposed subpoena is prepared in accordance with Fed. R. Civ. P. 45.

10. Based on the foregoing, I respectfully request that the Clerk of the Court expeditiously issue and sign the proposed subpoena and return it to the undersigned via ECF to be served on the service provider.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 16th day of March, 2020, at Santa Monica, California.

_____
Jeremy S. Goldman